FORM 8. Entry of AppearanceForm 8 Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ANDREA BUCKLEY　v.　DEPARTMENT OF VETERANS AFFAIRS

No. 17-1949

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Dr. Andrea Buckley
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | Ariel E. Solomon |
| Law Firm: | Solomon Law Firm, PLLC |
| Address: | 300 Great Oaks Blvd., Suite 313 |
| City, State and Zip: | Albany, NY 12203 |
| Telephone: | 866-833-3529 |
| Fax #: | 202-688-1896 |
| E-mail address: | asolomon@fedemploylaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/13/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 5/9/17　　Signature of pro se or counsel /s/ Ariel E. Solomon

cc: Jessica L. Cole, U.S. Department of Justice, Commercial Litigation Branch
　　Clerk, Merit Systems Protection Board

Reset Fields